# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL S. O'DANIEL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-12-287-R |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered January 17, 2013. Doc. No. 19. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner of Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further findings consistent with the Report and Recommendation.

IT IS SO ORDERED this 5th day of February, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE