## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL S. O'DANIEL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **Case No. CIV-12-287-R** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Before the Court are the Report and Recommendation of United States Magistrate

Judge Robert E. Bacharach entered January 17, 2013.  Doc. No. 19.  No objection to the

Report and Recommendation has been filed nor has an extension of time in which to object

been sought or granted.  Therefore, the Report and Recommendation of the Magistrate Judge

is ADOPTED in its entirety and the decision of the Commissioner of Social Security

Administration is REVERSED and this case is REMANDED to the Social Security

Administration for further findings consistent with the Report and Recommendation.

IT IS SO ORDERED this 5th day of February, 2013.


_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE